IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

MILDRED WILLIAMS,

Debtor.

NO. 05-29176
CHAPTER 13

JUDGE PAMELA S. HOLLIS

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, JPMORGAN CHASE BANK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF EQUITY ONE ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-2, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on July 25, 2005, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 3818-3820 West Maypole, Chicago, Illinois 60624.

3. That, on June 26, 2009, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. As of this date, creditor's records reflect a default in post-petition mortgage payments in the amount of $10,477.56. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

_____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, SERVICER FOR JPMORGAN CHASE BANK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF EQUITY ONE ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-2, its Successors and/or Assigns

Print Date: 8/21/2009                    <u>Payment Log For 5550-N-1976</u>                    Page 1

| Date Received | DR # | Amount Received | PT | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Principal Received | Interest Received | Interest Int Applied Ver | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | **ONGOING MORTGAGE PAYMENTS** | **ARREARAGE PAYMENTS** | | | | **OTHER FUNDS RECEIVED** |
| 8/7/2006 | 1 | $0.00 | R |  |  |  |  | $0.00 |  |  |  | SMO entered - Resume 9/09 |
| 9/15/2006 | 1 | $1,706.71 | R | 9/5/2006 | $1,706.71 | R |  | $0.00 |  |  |  | 9/06 |
| 9/15/2006 | 2 | $158.49 | R |  |  |  | $158.49 | $0.00 |  |  |  | Stp 9/06 1 of 6 |
| 10/24/2006 | 1 | $1,706.71 | R | 10/5/2006 | $1,706.71 | R |  | $0.00 |  |  |  | 10/06 |
| 10/24/2006 | 2 | $158.49 | R |  |  |  | $158.49 | $0.00 |  |  |  | Stp 10/06 2 of 6 |
| 11/30/2006 | 1 | $0.00 | R | 11/5/2006 | $1,706.71 | R | . | ($1,706.71) |  |  |  |  |
| 12/5/2006 | 1 | $1,741.51 | R | 12/5/2006 | $1,706.71 | R |  | $34.80 |  |  |  | 11/06 Sp: $34.80 |
| 12/5/2006 | 2 | $158.49 | R |  |  |  | $158.49 | $0.00 |  |  |  | Stp 11/06 3 of 6 |
| 1/10/2007 | 1 | $1,706.52 | R | 1/5/2007 | $1,706.71 | R |  | ($0.19) |  |  |  | 12/06 Sp: $34.61 |
| 1/10/2007 | 2 | $158.48 | R |  |  |  | $158.48 | $0.00 |  |  |  | Stp 12/06 4 of 6 |
| 2/22/2007 | 1 | $1,706.52 | R | 2/5/2007 | $1,706.71 | R |  | ($0.19) |  |  |  | 1/07 Sp: $34.42 |
| 2/22/2007 | 2 | $158.48 | R |  |  |  | $158.48 | $0.00 |  |  |  | Stp 1/07 5 of 6 |
| 3/7/2007 | 1 | $1,706.72 | R | 3/5/2007 | $1,706.71 | R | . | $0.01 |  |  |  | 2/07 Sp: $34.43 |
| 3/7/2007 | 2 | $158.48 | R |  |  |  | $158.48 | $0.00 |  |  |  | Stp 2/07 6 of 6 |
| 4/4/2007 | 1 | $1,706.71 | R | 4/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 3/07 Sp: $34.42 |
| 5/10/2007 | 1 | $1,706.71 | R | 5/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 4/07 Sp: $34.42 |
| 6/6/2007 | 1 | $1,706.71 | R | 6/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 5/07 Sp: $34.42 |
| 7/11/2007 | 1 | $1,706.71 | R | 7/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 6/07 Sp: $34.42 |
| 8/10/2007 | 1 | $1,706.71 | R | 8/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 7/07 Sp: $34.42 |
| 9/6/2007 | 1 | $1,706.71 | R | 9/5/2007 | $1,706.71 | R | . | $0.00 |  |  |  | 8/07 Sp: $34.42 |
| 10/15/2007 | 1 | $1,706.71 | R | 10/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 9/07 Sp: $34.42 |
| 11/15/2007 | 1 | $1,706.71 | R | 11/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 10/07 Sp: $34.42 |
| 12/12/2007 | 1 | $1,706.71 | R | 12/5/2007 | $1,706.71 | R |  | $0.00 |  |  |  | 11/07 Sp: $34.42 |
| 1/8/2008 | 1 | $1,706.71 | R | 1/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 12/07 Sp: $34.42 |
| 1/23/2008 | 1 | ($1,706.71) | R |  |  |  |  | ($1,706.71) |  |  |  | NSF - 12/07 |
| 1/30/2008 | 1 | $1,706.00 | R |  |  |  |  | $1,706.00 |  |  |  | 12/07 Sp: $33.71 |
| 2/14/2008 | 1 | $1,706.71 | R | 2/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 1/08 Sp: $33.71 |
| 3/11/2008 | 1 | $1,706.71 | R | 3/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 2/08 Sp: $33.71 |
| 4/9/2008 | 1 | $1,706.71 | R | 4/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 3/08 Sp: $33.71 |
| 4/25/2008 | 1 | ($1,706.71) | R |  |  |  |  | ($1,706.71) |  |  |  | NSF - 3/08 |
| 5/6/2008 | 1 | $1,706.71 | R | 5/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 3/08 Sp: $33.71 |
| 6/10/2008 | 1 | $1,706.71 | R | 6/5/2008 | $1,706.71 | R |  | $0.00 |  |  |  | 4/08 Sp: $33.71 |
| 6/19/2008 | 1 | ($1,706.71) | R |  |  |  |  | ($1,706.71) |  |  |  | NSF - 4/08 |
| 7/7/2008 | 1 | $1,800.00 | R | 7/5/2008 | $1,706.71 | R | . | $93.29 |  |  |  | 4/08 Sp: $127 |
| 8/12/2008 | 1 | $1,800.00 | R | 8/5/2008 | $1,706.71 | R |  | $93.29 |  |  |  | 5/08 Sp: $220.29 |



EXHIBIT A

| | | | | | ONGOING MORTGAGE PAYMENTS | | | ARREARAGE PAYMENTS | | OTHER FUNDS RECEIVED |
| | | | | | | | | | | |

| Date Received | DR # | Amount Received | PT | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Principal Received | Interest Received | Interest Applied | Int Ver | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/2008 | 1 | $1,800.00 | R | 9/5/2008 | $1,706.71 | R | | $93.29 | | | | | 6/08 Sp: $313.58 |
| 9/29/2008 | 2 | $1,706.71 | R | | | | | $1,706.71 | | | | | 7/08 Sp: $313.58 |
| 10/16/2008 | 1 | $1,706.71 | R | 10/5/2008 | $1,706.71 | R | | $0.00 | | | | | 8/08 Sp: $313.58 |
| 11/10/2008 | 1 | $1,706.71 | R | 11/5/2008 | $1,706.71 | R | | $0.00 | | | | | 9/08 Sp: $313.58 |
| 12/8/2008 | 1 | $1,706.71 | R | 12/5/2008 | $1,706.71 | R | | $0.00 | | | | | 10/08 Sp: $313.58 |
| 1/9/2009 | 1 | $1,706.71 | R | 1/5/2009 | $1,706.71 | R | | $0.00 | | | | | 11/08 Sp: $313.58 |
| 2/9/2009 | 1 | $1,706.71 | R | 2/5/2009 | $1,706.71 | R | | $0.00 | | | | | 12/08 Sp: $313.58 |
| 3/12/2009 | 1 | $1,706.71 | R | 3/5/2009 | $1,706.71 | R | | $0.00 | | | | | 1/09 Sp: $313.58 |
| 3/26/2009 | 1 | ($1,706.71 | R | | | | | ($1,706.71) | | | | | NSF - 1/09 |
| 4/30/2009 | 1 | $0.00 | R | 4/5/2009 | $1,706.71 | R | | ($1,706.71) | | | | | |
| 5/5/2009 | 1 | $1,806.71 | R | 5/5/2009 | $1,706.71 | R | | $100.00 | | | | | 1/09 Sp: $413.59 |
| 6/4/2009 | 1 | $1,706.71 | R | 6/5/2009 | $1,706.71 | R | | $0.00 | | | | | 2/09 Sp: $413.59 |
| 7/31/2009 | 1 | $0.00 | R | 7/5/2009 | $1,706.71 | R | | ($1,706.71) | | | | | |
| 8/7/2009 | 1 | $1,800.00 | R | 8/5/2009 | $1,706.71 | R | | $93.29 | | | | | 3/09 Sp: $506.87 |
| 8/21/2009 | 1 | ($1,800.00 | R | | | | | ($1,800.00) | | | | | NSF - 3/09 - Due: 3/09 Sp: $413.59 |
| **Sub-Totals** | | **$52,565.80** | | | **$61,441.56** | | **$950.91** | **($9,826.67)** | **$0.00** | **$0.00** | **$0.00** | | |
| 9/22/2006 | 1 | $562.75 | A | | | | | | | | | | |
| 10/25/2006 | 1 | $563.93 | A | | | | | | | | | | |
| 11/21/2006 | 1 | $563.94 | A | | | | | | | | | | |
| 1/24/2007 | 1 | $563.92 | A | | | | | | | | | | |
| 3/22/2007 | 1 | $563.93 | A | | | | | | | | | | |
| 6/8/2007 | 1 | $1,120.76 | A | | | | | | | | | | |
| 7/6/2007 | 1 | $560.38 | A | | | | | | | | | | |
| 7/24/2007 | 1 | $2,241.52 | A | | | | | | | | | | |
| 10/31/2007 | 1 | $1,494.35 | A | | | | | | | | | | |
| 12/31/2007 | 1 | $560.38 | A | | | | | | | | | | |
| 1/24/2008 | 1 | $560.38 | A | | | | | | | | | | |
| 3/31/2008 | 1 | $560.38 | A | | | | | | | | | | |
| 4/23/2008 | 1 | $553.87 | A | | | | | | | | | | |
| 5/21/2008 | 1 | $610.43 | A | | | | | | | | | | |
| 7/30/2008 | 1 | $549.90 | A | | | | | | | | | | |
| 8/29/2008 | 1 | $549.90 | A | | | | | | | | | | |
| 9/29/2008 | 1 | $549.90 | A | | | | | | | | | | |
| 12/22/2008 | 1 | $549.31 | A | | | | | | | | | | |
| 2/23/2009 | 1 | $1,057.94 | A | | | | | | | | | | |
| 3/23/2009 | 1 | $2,189.11 | A | | | | | | | | | | |

| | | | ONGOING MORTGAGE PAYMENTS | | | | ARREARAGE PAYMENTS | | | OTHER FUNDS RECEIVED |
| Date Received | DR # | Amount Received | PT | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Principal Received | Interest Received | Interest Applied | Int Ver | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2009 | 1 | $1,539.60 | A | | | | | | | | | | |
| 6/22/2009 | 1 | $864.86 | A | | | | | | | | | | |
| Sub-Totals | | $18,931.44 | | | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Totals | | $71,497.24 | | | $61,441.56 | | $950.91 | ($9,826.67) | $0.00 | $0.00 | $0.00 | | |