IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 05-29176 |
| MILDRED WILLIAMS, | CHAPTER 13 |
| Debtor. | JUDGE PAMELA S. HOLLIS |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and/or assigns, a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on July 25, 2005, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain *second* mortgage upon real estate, with a common address of 3818-3820 West Maypole, Chicago, Illinois 60624.

3. That, on June 26, 2009, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. As of this date, the creditor's records reflect a default in post-petition mortgage payments and other post-petition fees in the amount of $1,324.27.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois  60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its Successors and/or Assigns